JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. BAKER, | Case No. SACV 11-00138 JST (PJWx) |
| Plaintiff, | |
| vs. | **JUDGMENT IN FAVOR OF DEFENDANTS** |
| MICHELE RODRIGUEZ; BRAD CARRINGTON; TIM JANSEN; MICHAEL THOMPSON; DANNY MOORHOUSE; and DOES 1 to 10, INCLUSIVE, | |
| Defendants. | |

## STIPULATED DISMISSALS

On June 16, 2012, pursuant to a Stipulation of the parties, the Court dismissed with prejudice all of Plaintiff's remaining claims against Danny Moorhouse.

On September 4, 2012, pursuant to a Stipulation of the parties, the Court dismissed with prejudice all of Plaintiff's remaining claims against Michael Thompson.

/ / /

/ / /

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On September 12, 2012, the Court granted summary judgment in favor of Brad Carrington, Michelle Rodriguez, and Tim Jansen.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Defendants Brad Carrington, Michelle Rodriguez, and Tim Jansen and against the Plaintiff Michael Baker on all claims. Defendants are the prevailing party for purposes of awarding costs.

IT IS SO ORDERED.

Dated: October 02, 2012    _____
HONORABLE JOSEPHINE STATON TUCKER